# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Dana M. Sabraw

| FROM: L. Cervantes, Deputy Clerk | RECEIVED DATE: August 23, 2018 |
|---|---|
| CASE NO. 18-cv-01732-DMS-AGS | DOC FILED BY: Kyung Hee Lee |
| CASE TITLE: Rutherford v. Golden Corral et al | |
| DOCUMENT ENTITLED: Answer, Affrmative Defenses | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion

Date Forwarded:   August 24, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: August 27, 2018        CHAMBERS OF: The Honorable Dana M. Sabraw

cc: All Parties              By: mm