1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
2  Michael J. Manning, Esq. (State Bar No. 286879)
   Tristan P. Jankowski, Esq. (State Bar No. 290301)
3  Craig G. Cote, Esq. (State Bar No. 132885)
   MANNINGLAW, APC
4  4667 MacArthur Blvd., Suite 150
   Newport Beach, CA 92660
5  (949) 200-8755
   (866) 843-8308
6  Attorneys for Plaintiffs JAMES RUTHERFORD

7

8             UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

10

| JAMES RUTHERFORD<br><br>PLAINTIFF,<br><br>vs.<br><br>GOLDEN CORRAL, a business of unknown form; KYUNG HEE LEE, an individual; and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.: 3:18-cv-01732-DMS-AGS<br><br>**OSMAN M. TAHER, ESQ.'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD** |
|---|---|

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE OF ENTRY OF APPEARANCE is hereby given as to Osman M. Taher, Esq. (SBN 272441) as one of the counsel for plaintiff, James Rutherford.

///

///

///

**OSMAN M. TAHER, ESQ.'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD**

All other counsel for plaintiff remain as counsel to be noticed.

Dated: September 26, 2018

**LAW OFFICES OF JOSEPH R. MANNING, JR., A.P.C.**

By: */s/Joseph R. Manning, Jr.*
Joseph R. Manning, Jr. Esq.
Attorneys for Plaintiff

**OSMAN M. TAHER, ESQ.'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD**

## PROOF OF SERVICE
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660.

On 9/26/18 I served the true copies of the foregoing document described as:

### OSMAN M. TAHER, ESQ.'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD

on the interested parties in this action, addressed as follows, **Served by Mail through U S Postal:**

Jason M. Stone, Esq.
Stone & Sallus, LLP
Attorneys at Law
1500 Rosecrans Ave. Suite # 500
Manhattan Beach, CA 90266

[] CM/EFC Electronic Filing: I caused the above document to be transmitted to the offices of the addresses listed above by electronic mail at the email addresses set forth above pursuant to Fed. R. Civ. P. 5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF when emailed to the email address of record in the case, shall constitute the proof of service as required by Fed. R. Civ. P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing in pro se.

[X] By United States Postal Service: The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 26, 2018 at Newport Beach, California.

_____/S/ Josie Barron_____

Josie Barron