UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| James RUTHERFORD,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOLDEN CORRAL, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 18-cv-1732-DMS-AGS<br><br>**AMENDED NOTICE AND ORDER: (1) FOR EARLY NEUTRAL EVALUATION AND (2) SETTING RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE** |
|---|---|

　　　The Court has no indication pro se defendant Kyung Hee Lee received notice of the Court's September 7, 2018 Order (ECF No. 7.) Accordingly, the Early Neutral Evaluation and Case Management Conference are reset to **November 8, 2018**, at **1:00 p.m.** Notwithstanding the pendency of any motion, the parties must timely comply with the following dates, deadlines, and mandatory instructions:

　　　1.　　**Directions to Chambers**: Judge Schopler's Chambers are located at the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, Suite 5160, San Diego, California 92101. Do *not* report to Courtroom 5C; report to Chambers. **In order to gain access to Chambers, the parties should take the elevator to the 5th Floor, turn to face the wooden double doors (labeled "Authorized Personnel Only" and "5150"), and press the wall buzzer labeled "#15 JUDGE SCHOPLER**."

　　　2.　　**Notice of Specific Settlement Impediments**: If either party identifies a specific impediment to meaningful settlement discussions—for instance, a need to investigate an accident site or take a specific individual's deposition—it shall so inform the Court at the earliest possible opportunity, but no later than the deadline for the Joint

Discovery Plan and ENE statement. The Court may then set a telephonic status conference to discuss the matter or take other action.

3. **Mandatory Personal Appearances**: All parties, adjusters for insured defendants, the principal attorneys, and any other party representatives with settlement authority must be present **in person** and prepared to discuss settlement. Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be cause for imposition of sanctions. Government entities are excused from this requirement, so long as their attorney appears, has primary responsibility for the case, and the power to recommend a resolution to the ultimate settlement authority. Any principal attorneys who are not already listed on the docket as an "*ATTORNEY TO BE NOTICED*," shall file their appearances as soon as possible. Counsel for any non-English-speaking parties are responsible for supplying any interpreters.

4. **ENE Statements Required**: By the below-listed date, the parties shall email efile_schopler@casd.uscourts.gov with their ENE statements, which shall be no longer than five pages. Each statement must outline the nature of the case, the claims, the defenses, the parties' settlement positions, and all ENE attendees for that side, including their names, titles, and positions. The settlement position must include a specific and current demand or offer addressing all relief or remedies sought. If a specific demand or offer cannot be made, then the reasons for this must be set forth. If exhibits are attached and the total submission amounts to more than 20 pages, a courtesy hard copy must also be delivered directly to Chambers. At their discretion, the parties may choose to share their statements with opposing counsel or to keep them confidential.

5. **Case Management**: A Joint Discovery Plan must be filed on the CM/ECF system as well as lodged with Judge Schopler by emailing the Plan to efile_schopler@casd.uscourts.gov as set out below. If the Plan with its attachments exceeds 20 pages, a courtesy paper copy must be delivered to Judge Schopler's Chambers. If the parties wish to modify the tentative discovery dates or limitations listed below

(confirmed dates are boldfaced; tentative dates are not), the Plan must set forth case-specific good cause for the proposed modifications.

| CASE MANAGEMENT SCHEDULE | |
|---|---|
| **Event** | **Deadline** |
| **Rule 26(f) Conference** | **October 11, 2018** |
| **Rule 26 Initial Disclosures** | **November 1, 2018** |
| **Joint Discovery Plan** | **November 1, 2018** |
| **ENE Statements** | **November 1, 2018** |
| **ENE and CMC** | **November 8, 2018, at 1:00 p.m.** |
| Motions to Amend | December 13, 2018 |
| Expert Witness Designations and Disclosures | March 29, 2019 |
| Rebuttal Expert Witness Designations and Disclosures | April 26, 2019 |
| Fact Discovery Completion | May 24, 2019 |
| Expert Discovery Completion | May 24, 2019 |
| MSC Statements | May 31, 2019 |
| Mandatory Settlement Conference | June 7, 2019, at 9:00 a.m. |
| Pretrial Motions | June 21, 2019 |
| Rule 26(a)(3) Disclosures | September 27, 2019 |
| Meet and Confer on the PTO | October 4, 2019 |
| Draft PTO to Defense Counsel | October 11, 2019 |
| Lodge PTO | October 18, 2019 |
| Final Pretrial Conference | October 25, 2019, at 10:30 a.m. |
| **DISCOVERY LIMITATIONS** | |
| **Discovery Type** | **Restriction (Per Side)** |
| Depositions | No more than 10 |
| Requests for Admission | No more than 25 |
| Interrogatories | No more than 25 |
| Requests to Produce Documents | No more than 25 |

3

18-cv-1732-DMS-AGS

6. **Magistrate Judge Consent Forms**: If **all** parties consent to the Magistrate Judge exercising jurisdiction to conduct all proceedings, including trial, each party must provide plaintiff's counsel with an executed copy of the attached consent form. Plaintiff should file these consent forms in paper format at the Clerk's Office as soon as possible. *See* Local Civil Rule 73.1. The consent forms should **not** be filed with the court electronically. The parties are free to withhold consent without adverse consequences. In fact, unless all parties consent to the Magistrate Judge's jurisdiction, no judicial officer will be informed about the consent forms or their contents. Questions related to the consent forms should be directed only to the Clerk's Office at (619) 557-5600. Please do not call Chambers' staff with questions on this issue.

7. **Notice to New Parties**: If any parties respond to the complaint after today's date, plaintiff's counsel must promptly notify them about the ENE and this Order.

8. **Pre-ENE Settlement**: If the parties resolve the matter, they must telephone Judge Schopler's Chambers as soon as possible. In order for the ENE to be vacated and personal appearances excused, the parties must:

   a. File a Joint Motion to Dismiss and separately email the assigned District Judge a proposed order; or

   b. File a Settlement Notice containing the electronic signatures of counsel for all settling parties; or

   c. Obtain Court approval to vacate the ENE and avoid personal appearances, by explaining in the telephone call to Judge Schopler's Chambers the extraordinary circumstances that prevent the parties from complying with options a or b, above.

**IT IS SO ORDERED**.

Dated:  9/27/2018

_____
Magistrate Judge John L. Weinberg

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| James RUTHERFORD,<br>Plaintiff(s)<br><br>v.<br><br>GOLDEN CORRAL, et al.,<br>Defendant(s) | | Case No.: 18-cv-1732-DMS-AGS<br><br>**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent / ☐ Do Not Consent*

to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Andrew G. Schopler, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

| | |
|---|---|
| Date | United States District Judge |

\*   Pursuant to Civil Local Rule 73.1, **if (and only if) all parties have consented** to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) in paper format at the Clerk's Office.