Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiffs:
JAMES RUTHERFORD

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN CORRAL, a business of unknown form; KYUNG HEE LEE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  3:18-cv-01732-DMS-AGS<br><br>Hon. Dana M. Sabraw<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  July 27, 2018<br>Trial Date:  None |

Please take notice that Plaintiff, JAMES RUTHERFORD and Defendant, GOLDEN CORRAL and KYUNG HEE LEE, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents.  The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on October 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: October 18, 2018                    **MANNING LAW, APC**

By:    */s/ Michael J. Manning, Esq.*
        Michael J. Manning, Esq.
        Joseph R. Manning, Jr., Esq.
        Tristan P. Jankowski Esq.
        Attorneys for Plaintiffs,
        James Rutherford